United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 30, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-10871
Summary Calendar

_____

LEVI WOODERTS, JR.,

Petitioner-Appellant,

versus

WARDEN, FEDERAL CORRECTIONAL INSTITUTION SEAGOVILLE,

Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:05-CV-188
--------------------

Before DeMOSS, STEWART, and PRADO, Circuit Judges.

PER CURIAM:*

Levi Wooderts, Jr., federal prisoner # 29639-077, appeals
from the district court's denial of his 28 U.S.C. § 2241
petition. Wooderts argues that the Bureau of Prisons (BOP)
improperly denied him credit on his federal sentence beginning
from the time of his arrest by state law enforcement officials
and that, following the dismissal of state charges and lifting of
a state parole violator warrant, he was in the sole custody of
the federal Government. Wooderts has failed to show that the
state custody was interrupted, and he was not entitled to credit

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

on his federal sentence for the time that he was in federal custody pursuant to a writ of habeas corpus ad prosequendum. <u>See United States v. Brown</u>, 753 F.2d 455, 456 (5th Cir. 1985). With the benefit of liberal construction, Wooderts also argues that the BOP failed to consider properly his request for a nunc pro tunc designation that would have effectuated the concurrent running of his federal and state sentences. Given the district court's clarification that Wooderts's sentence was to be served consecutively to any state sentence, the BOP did not abuse its discretion in declining to grant Wooderts's request. <u>See</u> 18 U.S.C. §§ 3584(a)-(b), 3621(b).

The district court's judgment is AFFIRMED.